UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.                                                **Case No. 6:08-cr-27-T-22KRS**

**DAMON DANIEL McCURRY,**

    Defendant.
_____/

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO REPLY**

Pursuant to Middle District of Florida Local Rule 3.01(c), Defendant Damon McCurry, through undersigned counsel, respectfully requests leave to file a reply of no more than 10 pages to the United States' Response in Opposition to Defendant's Motion for Compassionate Release or Reduction in Sentence, Doc. 233, within fourteen days of the date of an Order on this motion. As grounds in support, Mr. McCurry states:

1. On August 31, 2020, this Court expanded the scope of the Federal Public Defender's appointment for Mr. McCurry to include representation for purposes of compassionate release. Doc. 226. The Court granted the Office of the Federal Public Defender 60 days to file a motion for compassionate release on his behalf. *Id.* The Court granted the Government 30 days to respond. *Id.*

2. Mr. McCurry filed a counseled Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A) on October 30, 2020. Doc. 232. The Government responded in opposition to Mr. McCurry's motion on November 27, 2020. Doc. 233.

1

3. In its response, the Government argues, among other things, that Mr. McCurry does not present extraordinary and compelling circumstances for relief in light of the BOP's "COVID-19 action plan to minimize the risk of transmission into and throughout its facilities." *Id.* at 1.

4. The Court denied without prejudice a prior motion for leave to file a reply for failure to comply with Local Rule 3.01(g). Docs. 235, 236. While Rule 3.01(g) certification is not required here, as this motion is filed in a criminal—not a civil—action,[1] in accordance with the Court's Order, Doc. 236, undersigned counsel has conferred with AUSA Daniel Jancha, who advises that the United States does not oppose this motion.

---

[1] Local Rule 3.01(g) reads, in relevant part:

> Before filing any motion ***in a civil case***, except a motion for injunctive relief, for judgment on the pleadings, for summary judgment, to dismiss or to permit maintenance of a class action, to dismiss for failure to state a claim upon which relief can be granted, or to involuntarily dismiss an action, the moving party shall confer with counsel for the opposing party in a good faith effort to resolve the issues raised by the motion, and shall file with the motion a statement:
> (1) certifying that the moving counsel has conferred with opposing counsel; and
> (2) stating whether counsel agree on the resolution of the motion.

*Id.* (emphasis added.) The plain language of Rule 3.01(g) indicates that it expressly applies to motions filed in civil cases. The instant motion for relief pursuant to 18 U.S.C § 3582(c) is not a civil post-conviction action, but rather a continuation of a criminal case. *United States v. Fair*, 326 F.3d 1317, 1318 (11th Cir. 2003) ("[Section] 3582 'governs the imposition and subsequent modification of a sentence of imprisonment, and it refers to the statutes and rules governing the imposition of sentences.'") (citing *United States v. Alvarez,* 210 F.3d 309, 310 (5th Cir.2000) (internal quotations and citation omitted).

2

5.   Mr. McCurry respectfully requests leave to file a reply not exceeding 10 pages addressing the government's position as to whether Mr. McCurry has extraordinary and compelling circumstances, the current conditions at Gilmer FCI, where he is housed, and updated medical records provided by the BOP since the filing of his motion, Doc. 232. Mr. McCurry requests that he be granted fourteen days from the date of an Order on this motion to submit such a reply.

Respectfully submitted,

James T. Skuthan
Acting Federal Defender

*/s/ Juliann Welch*
Juliann Welch
Research and Writing Attorney
Florida Bar Number 1003171
400 North Tampa St., Suite 2700
Tampa, Florida 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
E-Mail: Juliann_Welch@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the Office of the United States Attorney.

*/s/ Juliann Welch*
Juliann Welch
Counsel of Record